395 A.2d 980

County of Lancaster v. J. M. Brenner Co., Inc., et al., Appellants, et al.

Argued September 12, 1978. Joseph J. Lombardo, submitted a brief for appellants; William E. Chillas, for appellee, County of Lancaster.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.